IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN JACOB COLE, #243102 B6 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:25-CV-595-SDJ |
| | § | |
| SHERIFF, DENTON COUNTY | § | |

## FINAL JUDGMENT

Having considered the petition and rendered its decision by Memorandum Adopting Report and Recommendation of United States Magistrate Judge issued this date, the Court **ORDERS** that the case is **DISMISSED** without prejudice and that a certificate of appealability is **DENIED**.

**So ORDERED and SIGNED this 14th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE